IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

INSIDE PASSAGE ELECTRIC COOPERATIVE, *et al.*,

    Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, *et al.*,

    Defendants.

Case No. 3:23-cv-00204-SLG

## ADMINISTRATIVE APPEAL SCHEDULING ORDER

Unless otherwise ordered, the provisions of the District of Alaska Local Civil Rules 16.1(a)(8) and 16.3 shall apply to the briefing schedule in this case; the page/word limits of Local Civil Rule 7.4(a) shall also apply. The parties may by motion for good cause shown seek to modify these provisions for this case.

DATED this 26th day of September 2023, at Anchorage, Alaska.

                          */s/ Sharon L. Gleason*
                          UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00204-SLG, *Gwich'in Steering Committee, et al. v. Bernhardt, et al.*
Administrative Appeal Scheduling Order
Page 2 of 2

Case No. 3:20-cv-00204-SLG, *Gwich'in Steering Committee, et al. v. Bernhardt, et al.*
Administrative Appeal Scheduling Order
Page 2 of 2
Case 3:23-cv-00204-SLG   Document 17   Filed 09/26/23   Page 2 of 2