TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

PAUL G. FREEBORNE
Trial Attorney
VA State Bar No. 33024
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 532-5271
Fax: (202) 305-0275
Email: paul.freeborne@usdoj.gov

EMMA L. HAMILTON
Trial Attorney
CA State Bar No. 325360
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1361
Email: emma.hamilton@usdoj.gov

*Counsel for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| STATE OF ALASKA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:23-cv-00203-SLG |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES | ) | |
| DEPARTMENT OF AGRICULTURE, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

*SOA v. U.S. DOA, et al.*
Unopposed Motion for Extension of Time　　　　　　　　　　　　　　　　Case No. 3:23-cv-00203-SLG
Case 3:23-cv-00204-SLG　　Document 19　　Filed 11/07/23　　Page 1 of 4

| | |
|---|---|
| INSIDE PASSAGE ELECTRIC COOPERATIVE, et al., | )<br>)<br>) Case No. 3:23-cv-00204-SLG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | |
| Defendants. | |
| GOVERNOR FRANK MURKOWSKI, et al. | )<br>)<br>) Case No. 1:23-cv-00010-SLG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | |
| v. | |
| TOM VILSACK, et al., | |
| Defendants. | |

# DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

In accordance with Federal Rules of Civil Procedure ("FRCP") 12 and Local Civil Rules ("L.R.") 7.1(b)(3)(B) and 7.3(b), Federal Defendants seek an extension of time to file the answers and lodge the administrative record in the above-referenced actions. The parties have conferred and will soon jointly move to consolidate the above cases pursuant to FRCP Rule 42 and designate *State of Alaska v. USDA et al.*, Case No. 3:23-cv-00203-SLG as the lead case designation into which all three matters would be consolidated. The parties are also negotiating a joint scheduling motion.

*SOA v. U.S. DOA, et al.*
Unopposed Motion for Extension of Time     Page 1 of 3     Case No. 3:23-cv-00203-SLG
Case 3:23-cv-00204-SLG   Document 19   Filed 11/07/23   Page 2 of 4

While the parties finalize these submissions to the Court, Defendants request that the Court extend the time for Defendants to file their answers under FRCP 12(a)(2) and (3) to December 13, 2023 to allow for more time to draft and obtain client agency input. Defendants also request that the time for the lodging of the administrative record under L.R. 16.3(b) be extended to January 19, 2024. Defendants request the additional time to consult with the client agency about the administrative record and to assemble the record.

Defendants thus respectfully submit that good cause exists for granting this unopposed extension of time. Plaintiffs do not oppose this motion—and have agreed to both extended deadlines in the joint scheduling motion that will be submitted to the Court.

DATED this 7th day of November, 2023.

        TODD KIM
        Assistant Attorney General
        Environment and Natural Resources Division
        United States Department of Justice

        /s/ *Paul G. Freeborne*
        PAUL G. FREEBORNE
        Trial Attorney
        VA State Bar No. 33024
        Natural Resources Section
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Tel: (202) 532-5271
        Fax: (202) 305-0275
        Email: paul.freeborne@usdoj.gov

        *Counsel for Federal Defendants*

*SOA v. U.S. DOA, et al.*
Unopposed Motion for Extension of Time   Page 2 of 3   Case No. 3:23-cv-00203-SLG
Case 3:23-cv-00204-SLG   Document 19   Filed 11/07/23   Page 3 of 4

# CERTIFICATE OF SERVICE

I certify that on November 7, 2023, I filed the foregoing using the Court's ECF system, which will provide service to all counsel of record.

>  */s/    Paul G. Freeborne*
> PAUL G. FREEBORNE
> Trial Attorney