# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>　　　　Defendants. | Case No. 3:23-cv-00203-SLG<br><br>CONSOLIDATED<br><br>LEAD CASE |
| INSIDE PASSAGE ELECTRIC COOPERATIVE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>　　　　Defendants. | Case No. 3:23-cv-00204-SLG<br><br>CONSOLIDATED |
| GOVERNOR FRANK MURKOWSKI, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TOM VILSACK, *et al.*,<br><br>　　　　Defendants. | Case No. 1:23-cv-00010-SLG<br><br>CONSOLIDATED |

**ORDER RE JOINT MOTION TO CONSOLIDATE CASES**

Before the Court at Docket 14 in Case No. 3:23-cv-00203 is the parties' Joint Motion to Consolidate Cases. Upon due consideration, the motion is hereby GRANTED.

IT IS ORDERED that the cases *Inside Passage Electric Cooperative and Alaska Power Association v. U.S. Department of Agriculture and Thomas Vilsack*, Case No. 3:23- cv-00204-SLG, and *Governor Frank Murkowski, et al., v. Tom Vilsack, et al.*, Case No. 1:23-cv-00010-SLG, are hereby consolidated, but not merged, with *State of Alaska v. U.S. Department of Agriculture, et al.*, Case No. 3:23-cv-00203-SLG. This Order is authorized by FRCP Rule 42, and is warranted where all parties so stipulate, based on the similarity of the cases and parties, shared questions of facts and law, and in the interests of efficiency and judicial economy. The case caption in these matters is AMENDED as shown above.

DATED this 11th day of December, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00203-SLG, *SOA v. US Dept. of Agriculture, et al.*
Order re Joint Motion to Consolidate Cases
Page 2 of 2